**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**MOHAMMED AHMED MARQA.**,

*Plaintiffs-Petitioners,*

v.

**TODD BLANCHE**, *et al.*,

*Defendants-Respondents.*

Civil Action No.: **3:26-cv-01287**

**PLAINTIFFS-PETITIONERS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs-Petitioners and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants-Respondents.

Dated: November 4, 2026

Respectfully submitted,
*/s/ Rafael Urena*
Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Lead Counsel for Plaintiffs-Petitioners,*

Frederick J. Scullin, Jr.
Senior United States District Judge

Date: November 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, service of the foregoing filing has been made on counsel of record through the Court's ECF system.

*/s/ Rafael Urena*